FILED
October 18, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:06-mj-273-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DAVID KEARBY CLEMENTS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID KEARBY CLEMENTS , Case No. MAG.S-06-273-KJM  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

_X_   $50,000 Unsecured Appearance Bond Co-Signed by defendant and his wife. Defendant not to be released prior to 9:00 AM on 10/19/06.

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_✔_   (Other)         PTS Conditions/Supervision

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 18, 2006  at  2:55 p.m.

By  _____
Kimberly J. Mueller
United States Magistrate Judge