```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID K. CLEMENTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-0448 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| DAVID K. CLEMENTS, | ) | Date:  December 4, 2006 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David K. Clements, that the status conference scheduled for December 4, 2006, may be continued to January 8, 2007, at 10:00 a.m.

   This is a new case and discovery is not yet complete. Additional time is needed to review existing discovery, obtain additional discovery, and determine whether there are pretrial motions to file. So that these tasks may be done, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status

1 conference on January 8, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2 (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 1, 2006      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID K. CLEMENTS

McGREGOR SCOTT
United States Attorney

Dated: December 1, 2006      /s/ T. Zindel for M. Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 8, 2007, at 10:00 a.m. The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 8, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 1, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE