1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   DAVID K. CLEMENTS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. CR. S-06-0448 FCD
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER VACATING**
15       v.                       ) **TRIAL DATE AND SCHEDULING STATUS**
                                  ) **CONFERENCE**
16 DAVID K. CLEMENTS,             )
                                  )
17              Defendant.        ) Date:  January 8, 2007
                                  ) Time:  10:00 a.m.
18 _____) Judge: Hon. Frank C. Damrell, Jr.

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, David K. Clements, that the status conference
22 scheduled for January 8 may be continued to February 20, 2007, at
23 10:00 a.m.
24      This is a new case and additional discovery continues to arrive.
25 Additional time is needed to review existing discovery, obtain additional
26 discovery, and determine whether there are pretrial motions to file.  So
27 that these tasks may be done, the parties agree that time under the
28 Speedy Trial Act should be excluded from the date of this order through

1  the status conference on February 20, 2007, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Defender
5

6  Dated: January 4, 2007                /s/ T. Zindel
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for DAVID K. CLEMENTS
8
                                         McGREGOR SCOTT
9                                        United States Attorney

10
   Dated: January 4, 2007                /s/ T. Zindel for M. Rodriguez
11                                       MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
12

13
                                **O R D E R**
14

15      The status conference is continued to February 20, 2007, at
16  10:00 a.m.  The Court finds that a continuance is necessary to give
17  counsel time to complete the tasks noted above and that the ends of
18  justice served by granting a continuance outweigh the best interests of
19  the public and the defendant in a speedy trial.  Time is therefore
20  excluded from the date of this order through February 20, 2007, pursuant
21  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

22      IT IS SO ORDERED.

23

24  Dated: January 5, 2007

25
                                         _____
26                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
27

28