```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID K. CLEMENTS
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. CR. S-06-0448 FCD
                                 )
14                   Plaintiff,  )
                                 )  STIPULATION AND ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME
16  DAVID K. CLEMENTS,           )
                                 )
17                   Defendant.  )  Date:  February 20, 2007
                                 )  Time:  10:00 a.m.
18  _____ )  Judge: Hon. Frank C. Damrell, Jr.

19
```

20    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, David K. Clements, that the status conference
22 scheduled for February 20 may be continued to March 19, 2007, at
23 10:00 a.m.

24    The defense seeks additional time to review discovery, investigate,
25 and perform legal research.  A review of the voluminous discovery shows
26 multiple search warrants, involvement of at least four police agencies,
27 and the passage of 18 months before the filing of federal charges.  This
28 review suggests to defense counsel that extensive pretrial litigation may

1  be needed.  However, additional review is necessary before the case is
2  further scheduled.  For these reasons, the parties agree that time under
3  the Speedy Trial Act should be excluded from the date of this order
4  through the status conference on March 19, 2007, pursuant to 18 U.S.C. §
5  3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

9  Dated: February 14, 2007            /s/ T. Zindel
                                       TIMOTHY ZINDEL
10                                     Assistant Federal Defender
                                       Attorney for DAVID K. CLEMENTS

                                       McGREGOR SCOTT
12                                     United States Attorney

13  Dated: February 14, 2007            /s/ T. Zindel for M. Rodriguez
14                                     MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney

**O R D E R**

18  The status conference is continued to March 19, 2007, at 10:00 a.m.
19  The Court finds that a continuance is necessary to give counsel time to
20  complete the tasks noted above and that the ends of justice served by
21  granting a continuance outweigh the best interests of the public and the
22  defendant in a speedy trial.  Time is therefore excluded from the date of
23  this order through March 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A)
24  and (B)(iv).

25  IT IS SO ORDERED.

27  Dated: February 16, 2007

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE