1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DAVID K. CLEMENTS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. CR. S-06-0448 FCD
                                    )
14              Plaintiff,          )
                                    )  **STIPULATION AND ORDER**
15      v.                          )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
16 DAVID K. CLEMENTS,               )
                                    )
17              Defendant.          )  Date:  May 14, 2007
                                    )  Time:  10:00 a.m.
18 _____ )  Judge: Hon. Frank C. Damrell, Jr.

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, David K. Clements, that the status conference

22 scheduled for May 14 may be continued to May 21, 2007, at 10:00 a.m.

23      At a status conference on March 19, 2007, the Court scheduled a

24 further status for May 14, excluded time, and, at the request of the

25 government, ordered that defendant appear in person.  Because Mr.

26 Clements' wife cannot transport him to court on the 14th, the parties ask

27 to reschedule the status conference for May 21st so that Mr. Clements may

28 appear.  The parties agree that time shall continue to be excluded

1    through May 21st for the reasons stated at the status conference held on

2    March 19, 2007.

3                                  Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                   Federal Defender

5

6    Dated:  April 4, 2007           /s/ T. Zindel
                                   TIMOTHY ZINDEL

7                                    Assistant Federal Defender
                                   Attorney for DAVID K. CLEMENTS

8

9                                    McGREGOR SCOTT
                                   United States Attorney

10

11    Dated:  April 4, 2007           /s/ T. Zindel for M. Rodriguez
                                   MICHELLE RODRIGUEZ

12                                    Assistant U.S. Attorney

13                                **O R D E R**

14

15        The May 14 status conference is continued to May 21, 2007, at

16    10:00 a.m., so that defendant may personally appear.  The Court finds

17    that a continuance is necessary to give counsel time to complete the

18    tasks noted at the March 19 conference and that the ends of justice

19    served by granting a continuance outweigh the best interests of the

20    public and the defendant in a speedy trial.  Time is therefore excluded

21    from the date of this order through May 21, 2007, pursuant to 18 U.S.C.

22    § 3161(h)(8)(A) and (B)(iv).

23        IT IS SO ORDERED.

24

25    Dated:  April 5, 2007

26

27

28                 FRANK C. DAMRELL, JR.
                  UNITED STATES DISTRICT JUDGE