1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
DAVID K. CLEMENTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,           ) No. CR. S-06-0448 FCD
|                                     )
|            Plaintiff,               )
|                                     ) **STIPULATION AND ORDER**
|       v.                            ) **CONTINUING STATUS CONFERENCE**
|                                     ) **AND EXCLUDING TIME**
| DAVID K. CLEMENTS,                  )
|                                     )
|            Defendant.               ) Date:  May 21, 2007
|                                     ) Time:  10:00 a.m.
| _____ ) Judge: Hon. Frank C. Damrell, Jr.

"AS MODIFIED"

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David K. Clements, that the status conference scheduled for May 21 may be continued to June 18, 2007, at 10:00 a.m.

   Defense counsel and his investigator are scheduled to meet on May 21 (the date presently scheduled for the status conference) with the case agent to review evidence seized from Mr. Clements's residence. Review of this evidence has been delayed because of scheduling conflicts and the storage of alleged contraband evidence at Lake Tahoe. Because this review must take place before further scheduling of the case, the parties

ask to reschedule the status conference for June 18, 2007, at 10:00. Mr. Clements will appear in person on that date, as the government previously requested. The parties further agree that time shall continue to be excluded through June 18 to afford all counsel necessary additional time to evaluate the evidence and to prepare.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: May 16, 2007            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DAVID K. CLEMENTS

                                    McGREGOR SCOTT
                                    United States Attorney

Dated: May 16, 2007            /s/ T. Zindel for M. Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**O R D E R**

The above stipulation is adopted as submitted EXCEPT the status conference is continued to July 2, 2007, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 2, 2007.

IT IS SO ORDERED.

Dated: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE