1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVID K. CLEMENTS
6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR. S-06-0448 FCD
                                     )
13                 Plaintiff,        )
                                     )  **STIPULATION AND ORDER**
14      v.                           )  **VACATING STATUS CONFERENCE**
                                     )  **AND SCHEDULING PRETRIAL MOTIONS**
15  DAVID K. CLEMENTS,               )
                                     )
16                 Defendant.        )  Date:  July 2, 2007
                                     )  Time:  10:00 a.m.
17  _____  )  Judge: Hon. Frank C. Damrell, Jr.

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, David K. Clements, that the status conference

21  scheduled for July 2, 2007, may be vacated, and the following schedule

22  adopted for the filing and hearing of pretrial motions.

23      1.  All rule 12 motions shall be filed by July 20, 2007;

24      2.  Opposition to the motions shall be filed by August 17, 2007;

25      3.  An optional reply brief may be filed by August 31, 2007;

26      4.  Hearing on the motions may be held on September 10, 2007, at

27  10:00 a.m.   Should it be necessary to take evidence, an evidentiary

28  hearing will be scheduled at a later time convenient to all.

1    Because additional time is needed to research, investigate, and

2  write pretrial motions, the parties agree that time under the Speedy

3  Trial Act shall continue to be excluded through the date the motions are

4  filed, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

5  The parties also recognize that time is automatically excluded once the

6  motions are filed and until they are ruled upon.

7                                    Respectfully submitted,

8                                    DANIEL J. BRODERICK
                                     Federal Defender
9

10 Dated: June 28, 2007            /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for DAVID K. CLEMENTS
12
                                     McGREGOR SCOTT
13                                   United States Attorney

14
                                     /s/ T. Zindel for M. Rodriguez
15 Dated: June 28, 2007             MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
16

17
                              O R D E R
18

19     The status conference is vacated and the above schedule adopted.  A

20 non-evidentiary hearing is set for September 10, 2007, at 10:00 a.m.  The

21 Court finds a continuance necessary to give counsel time to complete

22 motions and that the ends of justice served by granting a continuance

23 outweigh the best interests of the public and the defendant in a speedy

24 trial.  Time is therefore excluded from the date of this order through

25 the filing pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

26     IT IS SO ORDERED.

27 Dated: June 28, 2007

28
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

Stip. re D. Clements                    -2-