DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID K. CLEMENTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>DAVID K. CLEMENTS,<br><br>             Defendant.<br>_____ | No. 2:06-cr-0448 FCD<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL MOTIONS SCHEDULE**<br><br>Date: September 10, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David K. Clements, that the schedule previously set for filing and hearing of pretrial motions may be amended as follows:

    1. All rule 12 motions shall be filed by August 17, 2007;

    2. Opposition to the motions shall be filed by September 17, 2007;

    3. An optional reply brief may be filed by October 1, 2007;

    4. Hearing on the motions may be held on October 15, 2007, at 10:00 a.m.  Should it be necessary to take evidence, an evidentiary hearing will be scheduled at a later time convenient to all.

1  Because additional time is needed to research, investigate, and
2 write pretrial motions, the parties agree that time under the Speedy
3 Trial Act shall continue to be excluded through August 17, 2007, pursuant
4 to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).  The parties
5 also recognize that time is automatically excluded once the motions are
6 filed and until they are ruled upon.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: July 20, 2007            /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DAVID K. CLEMENTS

                                          McGREGOR SCOTT
                                          United States Attorney

Dated: July 20, 2007            /s/ T. Zindel for M. Rodriguez
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

## O R D E R

19  The status conference is vacated and the above schedule adopted.  A
20 non-evidentiary hearing is set for October 15, 2007, at 10:00 a.m.  The
21 Court finds a continuance necessary to give counsel time to complete
22 motions and that the ends of justice served by granting a continuance
23 outweigh the best interests of the public and the defendant in a speedy
24 trial.  Time is therefore excluded from the date of this order through
25 the filing pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

26  IT IS SO ORDERED.
27 Dated: July 20, 2007

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE