McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>DAVID K. CLEMENTS,<br><br>           Defendant. | CR. NO. S-06-448-FCD<br><br>STIPULATION AND ORDER AMENDING PRETRIAL MOTIONS SCHEDULE AND RECOGNIZING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |

    On July 20, 2007, this Court entered the following motions schedule:

    1.   All rule 12 motions shall be filed by August 17, 2007;
    2.   Opposition to the motions shall be filed by September 17, 2007;
    3.   An optional reply brief may be filed by October 1, 2007;
    4.   Hearing on the motions may be held on October 15, 2007, at 10:00 a.m.
Should it be necessary to take evidence, an evidentiary hearing will be scheduled at a later time convenient to all. CR 33.  On August 17, 2007, Clements filed a motion to suppress.  CR 37.  On August 20, 2007, Clements filed a memorandum supporting his motion to suppress.  CR 38.

    By this Court's July 20, 2007 Order, this Court also ordered that time (up to the filing of the motion to suppress) be excluded

**1**

under the speedy trial act under local code T4. CR 33. The Court's Order also recognized the parties stipulation that time under the speedy trial act is automatically excluded after the filing of the motion to suppress (from August 17, 2007 until resolution of defendant's motion). CR 33. <u>See</u> Local Code E.

HEREBY, due to unavailability of prosecution witnesses and due to scheduling demands of each party's counsel and the Court, the parties jointly stipulate to the following amended pretrial motions schedule and request that the Court enter the following amended pretrial motions schedule:

1. U.S. Opposition to the Motion to Suppress shall be filed by October 19, 2007;
2. An optional reply brief may be filed by October 29, 2007;
3. Hearing on the motions shall be held on November 5, 2007, at 10:00 a.m.

Should it be necessary to take evidence, an evidentiary hearing may be scheduled at the November 5, 2007 hearing for a later time convenient to all.

HERBY FURTHER, in support of this joint stipulation, the United States represents that it has not previously requested a continuance to file its Opposition to the Motion to Suppress, the United States is working to resolve witness availability issues, and defendant Clements is presently not in custody (he is on pretrial supervision at his residence).

HEREBY FURTHER, the parties recognize and stipulate that time is automatically excluded and continues to be excluded from the speedy trial act for the pendency of defendant's motion to suppress. <u>See</u> 18 U.S.C. § 3161(h)(1)(F) (time consumed by pretrial motions automatically excluded); <u>United States v. Wirsing</u>, 867 F.2d 1227, 1230 (9th Cir. 1989).

///

Against this background, the parties jointly stipulate and agree that the proposed amended pretrial motions schedule be adopted and entered as an order of this Court.

DATED:   9/13/07                    McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/Michelle Rodriguez
                                    _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney


DATED:   9/13/07                     /s/Michelle Rodriguez for
                                      Timothy Zindel (approved via phone)
                                    _____
                                    TIMOTHY ZINDEL, ESQ.
                                    Assistant Federal Defender
                                    Attorney for Clements

------------------------------------------------

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The non-evidentiary hearing on defendant Clement's motion to suppress, set for October 15, 2007, is vacated.

2. The Court adopts the parties' joint stipulation recognizing that time is excluded from the speedy trial act from August 17, 2007 until resolution of defendant Clement's motion to suppress.

3. U.S. Opposition to the Motion to Suppress shall be filed on or before October 19, 2007, any optional reply brief by defendant Clements may be filed on or before October 29, 2007.

4. Hearing on the motion to suppress shall be held on November 5, 2007, at 10:00 a.m.

DATED: September 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**3**