DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID K. CLEMENTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID K. CLEMENTS,<br><br>            Defendant.<br>_____ | No. 2:06-cr-0448 FCD<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL MOTIONS SCHEDULE AND CONTINUING HEARING**<br><br>Date:  November 05, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David K. Clements, that the schedule previously set for filing and hearing of pretrial motions may be amended as follows:

    1.  An optional reply brief may be filed by November 28, 2007;

    2.  Hearing on the motions may be held on December 10, 2007, at 10:00 a.m.  Should it be necessary to take evidence, an evidentiary hearing will be scheduled at a later time convenient to all.

    Because additional time is needed to research and write defendant's reply brief, the parties agree that time under the Speedy Trial Act shall

1  continue to be excluded through December 10, 2007, pursuant to 18 U.S.C.
2  § 3161(h)(8)(A) and (B)(iv) (Local Code T4).  The parties also recognize
3  that time is automatically excluded once the motions are filed and until
4  they are ruled upon.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 1, 2007    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID K. CLEMENTS

McGREGOR SCOTT
United States Attorney

Dated: November 1, 2007    /s/ T. Zindel for M. Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

# O R D E R

The motions hearing is vacated and the above schedule adopted.  A non-evidentiary hearing is set for December 10, 2007, at 10:00 a.m.  The Court finds a continuance necessary to give counsel time to complete his reply brief and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through the filing pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 1, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE