McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>DAVID K. CLEMENTS,            )<br>                              )<br>         Defendant.           )<br>_____) | CR No. 06-448 FCD<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

     Based upon the plea agreement entered into between plaintiff United States of America and defendant David K. Clements, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

     1.  Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

          a.   One Maxtor 80GB hard drive, Model No. 40080HY,
               Serial Number 24AAY020NN5644;

          b.   19 Fuji Film CD-Rs 700MB, 2 Memorex CD-R 700MB 52X
               Compact Disks, 1 Office Depo CD-RW 700MB, and Sony
               3.5 Inch Floppy Disks;

          c.   One Contico plastic trunk, and its contents to
               include two VHS video tapes, Serial Numbers PL2-10
               and CHB31-4;

1

        d.    One digital camera, Finepix Model A210, Serial Number B18980, and two Fuji Film XD picture cards; and

        e.    any and all image files or physical pictures constituting sexually explicit images of minors, lists of minor names, descriptions, addresses, and child erotica.

2.    The above-listed property includes visual depictions of minors engaged in sexually explicit conduct as described in 18 U.S.C. § 2256 and constitutes property that was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).

3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.    The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 28th day of January, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE