DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID K. CLEMENTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>          )<br>   Plaintiff,   )<br>          )<br>   v.       )<br>          )<br>DAVID K. CLEMENTS,   )<br>          )<br>   Defendant.   )<br>          )<br>_____  ) | No. CR. S-06-0448 FCD<br><br>**STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS TO PERMIT TRAVEL**<br><br>Judge: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, David K. Clements, that the conditions of Mr. Clements' pretrial release may be modified as follows:

   1. At the direction of the Pretrial Services Officer, the condition of electronic monitoring may be lifted beginning March 3, 2008, to permit Mr. Clements to travel to San Diego for purposes of a medical evaluation scheduled for March 5, 2008. The condition of electronic monitoring shall be reinstated upon Mr. Clements' return to the Eastern District of California on March 7, 2008, or as soon as the Pretrial Services Officer is able to reinstall the monitor.

1    This stipulation is intended to permit Mr. Clements to attend a
2 medical appointment at a U.C. San Diego pain clinic on March 5, 2008.
3 The trip requires him to leave his home in Lake Tahoe on March 3, 2008,
4 and return to the Tahoe area on March 7, 2008.  Because there is no
5 practical way to enforce the monitoring condition while Mr. Clements
6 travels, the condition muse be temporarily lifted.  Mr. Clements has
7 twice been permitted to travel out of district while on pretrial
8 supervision and his Pretrial Services trusts him to return as directed.
9 Counsel for the United States stipulates to this temporary modification
10 for the purpose stated.

11                                       Respectfully submitted,

12                                       DANIEL J. BRODERICK
                                         Federal Defender
13

14 Dated: February 5, 2008               /s/ T. Zindel
                                         TIMOTHY ZINDEL
15                                       Assistant Federal Defender
                                         Attorney for DAVID K. CLEMENTS
16
                                         McGREGOR SCOTT
17                                       United States Attorney

18
   Dated: February 5, 2008               /s/ T. Zindel for M. Rodriguez
19                                       MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
20
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stip. re D. Clements            -2-

1                                    **O R D E R**

2        The conditions of release are modified as set forth above to lift
3 the electronic monitoring condition from March 3, 2008, to March 7, 2008,
4 to permit Mr. Clements to travel to San Diego for the medical evaluation
5 described above.  Mr. Clements shall follow all directions of the
6 Pretrial Services Officer regarding removal and reinstallation of the
7 monitor and regarding his travel.
8        IT IS SO ORDERED.
9 Dated: February 6, 2008

_____
U.S. MAGISTRATE JUDGE

Stip. re D. Clements                -3-