McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 06-448 FCD |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DAVID K. CLEMENTS, | |
| Defendant. | |

WHEREAS, on January 29, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant David K. Clements forfeiting to the United States the following property:

    a.   One Maxtor 80GB hard drive, Model No. 40080HY, Serial Number 24AAY020NN5644;

    b.   19 Fuji Film CD-Rs 700MB, 2 Memorex CD-R 700MB 52X Compact Disks, 1 Office Depo CD-RW 700MB, and Sony 3.5 Inch Floppy Disks;

    c.   One Contico plastic trunk, and its contents to include two VHS video tapes, Serial Numbers PL2-10 and CHB31-4;

1

        d.    One digital camera, Finepix Model A210, Serial Number B18980, and two Fuji Film XD picture cards; and

        e.    any and all image files or physical pictures constituting sexually explicit images of minors, lists of minor names, descriptions, addresses, and child erotica.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of David K. Clements.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of May, 2008.

_____
FRANK C. DAMRELL, JR.
United States District Judge

2