# UNITED STATES DISTRICT COURT
## Eastern District of California

## Report on Offender Under Supervision
*(Not to be "Filed")*

**Name of Offender:**   David Kearby Clements        **Docket Number:**   0972 2:06CR00448

**Name of Judicial Officer**:   Honorable Morrison C. England

**Date of Original Sentence:**   3/31/2008

**Original Offense:** 18 U.S.C. § 2252(a)(2) Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct  Counts 2-5 (Class C Felonies); 18 USC 2252 (a)(4)(B)Possession of One or More Matters Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct Count 6, (Class C Felony);  18 USC 2253 Criminal Forfeiture.

**Original Sentence:** 60 months on each of Counts 2 through 6 to run concurrently to each other, for a total term of 60 months custody of the Bureau of Prisons; 96 months on each of Counts 2 through 6 to run concurrently, for a total of 96 months Term of supervised Release; $500 special assessment.  No firearms, DNA collection; Sex offender registration.

**Special Conditions:**

Search
Participate in a correctional treatment program for drug or alcohol abuse
Substance abuse testing
Mental health treatment
Aftercare co-payment
Computer restrictions
No contact with minors
Computer search
No child pornography
Phone records search
Third party notification of employer
Sex offender treatment and polygraph examination.

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   9/14/2012

**Other Court Actions:**

04/10/2013         Prob12A1 submitted for illicit drug use (marijuana); probation requested no actions and Court agreed.

---

## NONCOMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the term of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance. The offender has not complied with the following condition(s) of supervision:

**1. NEW LAW VIOLATION- FAILURE TO REGISTER AS A SEX OFFENDER**

**Details of alleged non-compliance:** The releasee was cited by the South Lake Tahoe Police Department on July 29, 2013, for failing to register as a sex offender. He was ordered to appear on September 11, 2013. Charges were filed in the El Dorado Superior Court Docket Number S13CRM0563, and the next hearing has been set for December 6, 2013. The releasee notified the probation officer during a home contact and advised he did not realize he needed to register on his birthday each year. He explained he was aware of his registration requirements; however, he believed he needed to register annually on his original registration date. He advised he will fight the charge to the fullest as he did not intentionally violate the laws.

**U.S. Probation Officer Plan/Justification:** Considering Clements cooperative behavior during his term of supervision, coupled with his compliance with drug testing and sex offender counseling, it is recommended that the Court take no formal action at this time. If acceptable to the Court, the probation officer will provide the Court with a recommendation for further action as soon as the state proceedings in this new matter have concluded. In the meantime, the Court will be advised of any additional violation conduct warranting immediate action.

Respectfully submitted,
**/s/ Shari R. Simon**

**Shari R. Simon**
**United States Probation Officer**
Telephone: 916-786-2861

**DATED:** 10/22/2013

Reviewed by,
**/s/ Michael A. Sipe**

**Michael A. Sipe**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

IT IS SO ORDERED.

Dated:  October 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT